■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. LARRY P. LANG et al., Respondents, v CRANE CO. et al., Appellants, et al., Defendants. [984 NYS2d 900]—Appeals from an order of the Supreme Court, Erie County (John P. Lane, J.H.O.), entered September 28, 2012. The order, among other things, denied the motions of defendants Roper Pump Company and Crane Co. to dismiss plaintiffs' complaint against them.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Smith, J.P., Peradotto, Carni, Sconiers and Valentino, JJ.